583 A.2d 301

IN THE MATTER OF THE ESTATE OF OLIVE E. MORI, DECEASED.

January 10, 1990.

Petition for certification denied.

583 A.2d 301

STATE OF NEW JERSEY v. JOHN W. GRAFF.

January 12, 1990.

Certification to Superior Court, Law Division, granted.

583 A.2d 302

STATE OF NEW JERSEY v. JEFFREY ELLIS.

January 12, 1990.

Certification to Superior Court, Law Division, granted.